1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4  ERIC D. ROSEN (MDSB)
   Assistant United States Attorney
5
6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
      Telephone: (408) 535-2695
7     FAX: (408)535-5066
      eric.d.rosen@usdoj.gov
8
   Attorneys for Plaintiff
9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12
13 UNITED STATES OF AMERICA,      )    No. CR 07-00001 JW
                                  )
14              Plaintiff,        )
                                  )    **STIPULATION CONTINUING**
15                                )    **HEARING DATE AND [PROPOSED]**
                                  )    **ORDER**
16       v.                       )
                                  )
17 JAIME IVAN DELANGEL-ALFARO,    )
                                  )
18              Defendant.        )
                                  )
19

20  **IT IS HEREBY STIPULATED AND AGREED**, by and between Scott N. Schools, United

21  States Attorney, and Eric D. Rosen, Assistant United States Attorney, counsel for the United

22  States of America, and Jay Rorty, Assistant Federal Public Defender, counsel for defendant, that

23  the hearing date currently scheduled for February 26, 2007 at 1:30 p.m., be vacated and

24  continued to March 19, 2007 at 1:30 p.m., or to a date thereafter at the convenience of the Court.

25       This Stipulation is entered into for the following reasons:

26       1.   The parties are continuing to discuss Mr.Delangel-Alfaro's prior convictions and

27  their impact on a potential pre-trial resolution of the matter.

28       2.   Counsel for the government will be out of the District on February 26.

The parties agree that time should be excluded under the Speedy Trial Act to allow time for effective preparation and investigation, 18 U.S.C. § 3161 et seq., and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

DATED this __22nd_ day of February, 2007.

SCOTT N. SCHOOLS
United States Attorney

_____/S/_____          2/22/07_____
ERIC D. ROSEN                                      DATE
Assistant United States Attorney

_____/S/_____          2/22/07_____
JAY RORTY                                          DATE
Assistant Federal Public Defender

## [~~PROPOSED~~] ORDER

The parties have jointly requested a continuation of the hearing set for February 26, 2007, to allow time to complete their investigations.

Accordingly, for good cause shown, the Court HEREBY ORDERS that the hearing date presently set for February 26, 2007, be continued to March 19, 2007, at 1:30 p.m., or to a date thereafter at the convenience of the Court.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from February 26, 2007, to March 19, 2007, shall be excluded under the Speedy Trial Act. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into

//

//

account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED:    2/23/2007

_____
JAMES WARE
United States District Judge